# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS PATRICK, | No. SA CV 17-1888-DMG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's report and recommendation, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 1, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE